UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIANA JONES,

    Plaintiff,                 Case No. 18-11960

v                                HON. MARK A. GOLDSMITH

PRUDENTIAL SECURITY, INC.,

    Defendant.
_____/

**ORDER**
**SUSPENDING DEADLINES IN THE COURT'S AUGUST 1, 2019 ORDER (Dkt. 34) AMENDING THE CASE MANAGEMENT ORDER AND DISMISSING MOTIONS IN LIMINE (Dkts. 30-31) WITHOUT PREJUDICE**

    The Court issued an order directing the parties to file pretrial documents by August 23, 2019 (Dkt. 34). After discussions with the parties during the status conference held on August 12, 2019, the Court proposed suspending the August 23, 2019 deadline and dismissing the pending motions in limine (Dkts. 30-31) without prejudice. The parties agreed.

    Accordingly, the deadlines set forth in the Court's order modifying the case management order (Dkt. 34) are suspended until further order of the Court. Additionally, the parties' respective motions in limine (Dkts. 30-31) are dismissed without prejudice. A new motion in limine deadline will be set by Court order.

    SO ORDERED.

Dated: August 12, 2019                       s/Mark A. Goldsmith
      Detroit, Michigan                   MARK A. GOLDSMITH
                                           United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 12, 2019.

                s/Amanda Chubb
                Case Manager