UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRIANA JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. 2:18-cv-11960-MAG-EAS |
| | ) | |
| PRUDENTIAL SECURITY, INC., | ) | Hon. Mark A. Goldsmith |
| | ) | |
| Defendant. | ) | |

**VERDICT**

On the federal sexual harassment claim of Plaintiff Briana Jones, we find in favor of: (check one box)

    ✓    Plaintiff Briana Jones

    _____    Defendant Prudential Security

On the state sexual harassment claim of Plaintiff Briana Jones, we find in favor of: (check one box)

    ✓    Plaintiff Briana Jones

    _____    Defendant Prudential Security

On the federal retaliation claim of Plaintiff Briana Jones, we find in favor of: (check one box)

    ✓    Plaintiff Briana Jones

    _____    Defendant Prudential Security

On the state retaliation claim of Plaintiff Briana Jones, we find in favor of: (check one box)

    ✓    Plaintiff Briana Jones

    _____    Defendant Prudential Security

If you found in favor of Plaintiff Briana Jones on either or both of her sexual harassment claims or her retaliation claims, complete the following:

We award Plaintiff $ 24,525 in back pay.

We award Plaintiff $ 61,155 in compensatory damages.

If you found in favor of Plaintiff Briana Jones on either or both of her federal sexual harassment claim or her federal retaliation claim, complete the following:

We award Plaintiff $ 300,000 in punitive damages.

Signed: s/ Jury Foreperson
In Compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the signature has been filed under seal

Foreperson

Dated: 4/14/2021

3