UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIANA JONES,

        Plaintiff,                          Case No. 18-11960
                                                      Hon. Mark A. Goldsmith

vs.

PRUDENTIAL SECURITY, INC.,

        Defendant.

_____/

## JUDGMENT

A jury trial utilizing virtual technology was conducted in this matter on March 22, 2021 and April 8, 2021 through April 14, 2021. The jury returned a verdict in favor of Plaintiff Briana Jones on all four counts of the complaint: retaliation under federal law, retaliation under state law, sexual harassment under federal law, and sexual harassment under state law. Jury Verdict Form (Dkt. 78). The jury awarded Jones $24,525 in back pay; $61,155 in compensatory damages; and $300,000 in punitive damages for a total amount of $385,680.

In accordance with the foregoing, the Court orders that judgment is entered in favor of Jones and against Defendant Prudential Security, Inc., in the total amount of $385,680. This case is administratively closed, except that the Court retains jurisdiction to address Jones's pending motion for attorney fees, costs, and interest (Dkt. 85) and such further appropriate post-judgment motions that the parties may file.

        SO ORDERED.

                                                                   KINIKIA ESSIX
                                                                   CLERK OF COURT

                                                   By:    /s Karri Sandusky
                                                                 DEPUTY CLERK OF COURT

APPROVED:

s/ Mark A. Goldsmith
Mark A. Goldsmith
U.S. District Court Judge
Dated: May 25, 2021